**Below is an order of the Court.**

*/s/ Trish M Brown*

**U.S. Bankruptcy Judge**

OD31 (10/1/14) pjk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
  **Trenton Lee Carpenter** )  Case No. 14–33792–tmb7
           Debtor(s) )
)
  **Key Knife, Inc.** )  Adv. Proc. No. 14–03236–tmb
           Plaintiff(s) )
)
           v. )
  **Trenton Lee Carpenter** )
           Defendant(s) )  Order Re: Dismissal or Other Final
) Disposition Effective Within 60 Days

An interested party reported that the above−entitled proceeding is settled, and therefore,

**IT IS ORDERED** that this proceeding will be dismissed, without further Court order, unless a stipulated judgment or proposed judgment, whichever applies, is filed with the Clerk of Court within **60** days of this order's "Filed" date. Any subsequent motion required to reopen the proceeding shall be accompanied by an affidavit setting forth substantial reasons why this proceeding should be reopened.

###